1  Jason B. Cruz, SBN: 203133
   The Law Office of Jason B. Cruz
2  18 E. State Street, Suite 203-1
   Redlands, California 92373
3  Telephone: (909) 792-4400
   Facsimile: (909) 792-1144
4  Email: jcruz@jcruzlaw.com

5  *Attorney for Plaintiff: Dark Hall Productions, LLC*

**FILED & ENTERED**

AUG 12 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY toliver    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| IN RE: | Case No. 2:10-BK-27635-TD |
| | Before the Honorable Thomas B. Donovan |
| SOPHIA YOO, | |
| | Chapter 7 |
| Debtor. | |
| | Adversary Proceeding No. 2:10-AP-02485 |
| DARK HALL PRODUCTIONS, LLC, | **ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND MOTION TO STRIKE ANSWER** |
| Plaintiff, | |
| v. | *[Notice of Entry of Judgment or Order and Certificate of Mailing attached]* |
| SOPHIA YOO a/k/a Sun G. Yoo, | |
| Defendant. | Date: August 11, 2011 |
| | Time: 11:00 am |
| | Place: Suite 1352 / Courtroom 1345 |
| | Edward R. Roybal Federal Building |
| | 255 E. Temple Street, Los Angeles, CA 90012 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Motion for Summary Judgment and Motion to Strike Answer filed by Plaintiff, Dark Hall Productions, LLC ("Motion") came on for hearing on August 11, 2011 at 11:00 a.m., the Honorable Judge Thomas B. Donovan presiding.

**[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]**

---

PROPOSED ORDER FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND MOTION TO STRIKE ANSWER

**[CONTINUED FROM PREVIOUS PAGE]**

The Court, having considered the Motion and the record in this case, and good cause having been shown, the Court GRANTS the Motion for the reasons stated therein.

IT IS SO ORDERED

*###*

DATED: August 12, 2011

_____
United States Bankruptcy Judge

| In re: Sophia Yoo, Debtor. <br> DARK HALL PRODUCTIONS, LLC vs. <br> SOPHIA YOO a/k/a Sun G. Yoo | Chapter 7 <br> Case No. 2:10-BK-27635 <br> Adv. Proc. No. 2:10-AP- 02485 |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 4929 Wilshire Boulevard, Suite 940, Los Angeles, CA 90010

The foregoing document described **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND MOTION TO STRIKE ANSWER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 12, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On August 12, 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Judge Thomas B. Donovan, Edward R. Roybal Federal Building & Courthouse
    255 E. Temple Street, Suite 1352/Courtroom 1345, Los Angeles CA 90012
Sophia Yoo, 871 Crenshaw Blvd. #405, Los Angeles CA 90005

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| *Date:* June 15, 2011 | *Signature*: |
|---|---|
| *Type Name* **Jason B. Cruz** | By: /s/ Jason B. Cruz |

3

MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND MOTION TO STRIKE ANSWER

| In re: Sophia Yoo, Debtor.<br>DARK HALL PRODUCTIONS, LLC vs.<br>SOPHIA YOO a/k/a Sun G. Yoo | Chapter 7<br>Case No. 2:10-BK-27635<br>Adv. Proc. No. 2:10-AP- 02485 |
|---|---|

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)  Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled (*specify*) **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND MOTION TO STRIKE ANSWER** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of August 12, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Judge Thomas B. Donovan, Edward R. Roybal Federal Building & Courthouse
    255 E. Temple Street, Suite 1352/Courtroom 1345, Los Angeles CA 90012
Sophia Yoo, 871 Crenshaw Blvd. #405, Los Angeles CA 90005

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below: